IN THE SUPREME COURT OF NORTH CAROLINA

No. 279A17

Filed 2 March 2018

IN THE MATTER OF:  D.E.M.

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, ___ N.C. App. ___, 802 S.E.2d 766 (2017), affirming an order entered on 29 September 2016, as amended by an order entered on 10 October 2016, by Judge David V. Byrd in District Court, Wilkes County.  Heard in the Supreme Court on 5 February 2018.

*Vannoy, Colvard, Triplett & Vannoy, P.L.L.C., by Daniel S. Johnson, for petitioner-appellees.*

*Robert W. Ewing for respondent-appellant mother.*

PER CURIAM.

AFFIRMED.